IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER 19-cr-30007-NJR |
| | ) | |
| KENNETH L. SPIVEY, | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

Comes now, Steven Weinhoeft, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, together with the Defendant, Kenneth L. Spivey, represented by his attorney, Robert Elovitz, and hereby enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the Defendant's relevant conduct.

1. On June 19, 2018, at approximately 3:20 AM (CDT), Kenneth L. Spivey and another entered Walgreen's pharmacy that is located at 1650 Washington Avenue in Alton, Illinois, within the Southern District of Illinois.

2. One of the black males walked to the back of Walgreens and jumped over the pharmacy counter. There the robber instructed the pharmacist to place bottles of controlled substances, including Oxycodone and Hydrocodone, inside of a pillow case.

3. Kenneth Spivey approached another Walgreen's employee and Spivey attempted to restrain the employee with zip ties.

1

4.      After obtaining the controlled substances, Spivey and the other robber fled Walgreens in an unknown direction.

5.      Responding officers searched Walgreens' exterior and began to find packaging material for the stolen Oxycodone. Officers located multiple prescription pill bottles leading away from Walgreens on Washington and College Avenues. Each bottle and attached pamphlet was packaged for evidence.

6.      On June 28, 2018, the Alton Police Department sent several items of evidence, including the 21 prescription pill bottles, to the Federal Bureau of Investigations Laboratory in Quantico, Virginia for processing. On September 10, 2018, investigators with the Alton Police Department received information from the FBI Laboratory that the fingerprints and/or palm prints belonging to Kenneth L. Spivey and another were located on several, recovered, prescription pamphlets that were located with the discarded prescription pill bottles.

7.      Kenneth L. Spivey did not work for Walgreens and had no reason to touch the prescription pill bottles or pamphlets.

8.      Oxycodone is a schedule II, controlled substance. After the robbery, Walgreens conducted an inventory of the stolen medication. In excess of 6100 Oxycodone pills were taken during the robbery. The number of stolen pills is indicative of possession with intent to distribute or to provide for illegal resale.

9.      Walgreens Pharmacy provides medication and goods that are transported in interstate commerce.

**SO STIPULATED**

_____
Kenneth L. Spivey
Defendant

_____
Robert Elovitz
Counsel for the Defendant

_____
Jennifer Hudson
Assistant United States Attorney